IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  00-cv-00731-PSF

INFANT SWIMMING RESEARCH, INC., a Florida corporation,

    Plaintiff,

v.

ANN SHIDLER, individually and d/b/a Infant Aquatic Survival,
JUDY HEUMANN, individually and d/b/a Infant Aquatic Survival, and
ALISON GEERDES, individually and d/b/a Infant Aquatic Survival,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    The Court hereby ORDERS that the settlement conference currently scheduled before Magistrate Judge Hegarty on March 16, 2007 at 3:30 p.m. is VACATED.  The parties are DIRECTED to contact the Magistrate Judge to RESET the settlement conference.

    DATED:  March 16, 2007