IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 00-cv-731-PSF-OES

INFANT SWIMMING RESEARCH, INC., a Florida Corporation,

Plaintiff,

v.

ANN SHIDLER, individually and d/b/a Infant Aquatic Survival,
JUDY HEUMANN, individually and d/b/a Infant Aquatic Survival,
ALISON GEERDES, individually and d/b/a Infant Aquatic Survival.

Defendants.

### MOTION BY MARK W. FISCHER TO WITHDRAW AS COUNSEL FOR DEFENDANTS HEUMANN AND GEERDES

Mark W. Fischer hereby requests that he be allowed to withdraw as counsel for Defendants Judy Heumann and Allison Geerdes (the "Defendants") in the above captioned case. As grounds for this motion, Mr. Fischer states as follows:

1. Effective today, April 9, 2007, Mr. Fischer resigned from the firm of Faegre & Benson LLP and Mr. Fischer has, for the time being, stopped practicing law in any capacity.

2. The Defendants are currently seeking substitute counsel. Until substitute counsel are identified and enter their appearance on behalf of the Defendants, the Defendants will continue to be represented by Chisty Anderson and other lawyers of the law firm of Faegre & Benson.

3. Mr. Fischer has notified the Defendants that he will be withdrawing as counsel.

4. Through Mr. Fischer and other lawyers at Faegre & Benson, the Defendants are fully aware of all deadlines that exist in the case.

## CERTIFICATE OF CONSULTATION

Pursuant to D.C.COLO.LCivR 7.1(A), the undersigned has personally contacted counsel for the Plaintiff, via e-mail, who has informed Mr. Fischer that the Plaintiff objects to this motion to withdraw.

Dated: April 9, 2007

*s/Mark W. Fischer*

Mark W. Fischer
285 Iroquois Drive
Boulder, CO 80302-5414
(303) 888-4822

## CERTIFICATE OF SERVICE

I certify that on April 9, 2007 I electronically filed the foregoing **DEFENDANT JUDY HEUMANN'S MOTION TO AMEND OR ALTER JUDGMENT PURSUANT TO Fed. R. Civ. P. RULE 59(e)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following person at the given e-mail address:

Douglas Jaffe (douglasjaffe@aol.com)
402 West Broadway, 4th Floor
San Diego, California 92101

and sent via United States mail, postage prepaid addressed to the following:

Ms. Ann Shidler
35 Coral Place
Greenwood Village, CO 80111

*s/Mark W. Fischer*