IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-00731-PSF-MEH

INFANT SWIMMING RESEARCH, INC., a Florida corporation,

    Plaintiff,
v.

ANN SHIDLER, individually and d/b/a Infant Aquatic Survival,
JUDY HEUMANN, individually and d/b/a Infant Aquatic Survival, and
ALISON GEERDES, individually and d/b/a Infant Aquatic Survival,

    Defendants.

## RECOMMENDATION ON DEFENDANT JUDY HEUMANN'S
## EXPEDITED MOTION TO STAY EXECUTION

Before the Court is Defendant Judy Heumann's Expedited Motion to Stay Execution [Docket #332]. Pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C. COLO. L.Civ.R 72.1.C, this matters has been referred to this Court for recommendation. Defendant Judy Heumann has moved to have execution on the judgments entered in this case stayed pending the Court's resolution of Heumann's Motion to Alter or Amend Judgment. In support and opposition to this motion, the parties rely on their respective positions set forth in the Motion to Alter or Amend Judgment, the Response to the Motion, and the Reply. This Court has recommended that the Motion to Alter or Amend Judgment be granted.

Based on that Recommendation, the Court RECOMMENDS that the Motion to Stay Execution [Filed March 8, 2007; Docket #332] be **denied** as moot. Under Fed. R. Civ. P 72, the parties shall have ten (10) days after service of this Recommendation to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned.[1]

---

[1] The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive, or

Dated at Denver, Colorado this 2nd day of May, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

---

general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a *de novo* determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within ten (10) days after being served with a copy of this Recommendation may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).