IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Case No. 00-cv-00731-PSF-MEH

INFANT SWIMMING RESEARCH, INC., a Florida corporation,

    Plaintiff,

v.

ANN SHIDLER, individually and d/b/a Infant Aquatic Survival,
JUDY HEUMANN, individually and d/b/a Infant Aquatic Survival, and
ALISON GEERDES, individually and d/b/a Infant Aquatic Survival,

    Defendants.

## ORDER ON PENDING MOTION

This matter comes before the Court on the motion of Defendant Heumann for entry of satisfaction of judgment and award of sanctions (Dkt. # 377) filed August 23, 2007. Plaintiff filed its response to the motion on September 12, 2007 (Dkt. # 378).

The record in this case reflects that on June 11, 2007, the Clerk of Court, pursuant to the Order of this Court, entered an Amended Judgment in this case, directing, in part, the payment of $44,901.87 by Defendant Heumann to plaintiff as a final superceding judgment. The documents filed by both Defendant Heumann and plaintiff reflect that the payment of this amount was wired to the account of plaintiff's attorney on or about June 13, 2007 in satisfaction of the judgment (Affidavit of Christopher Ford, Exhibit 1 to Heumann's Motion at ¶¶ 3-4; Plaintiff's Response at 5).

The parties thereafter discussed the preparation of a form of Satisfaction of Judgment, and it appears a form was prepared and the terms were orally agreed to by

counsel for the parties in July 2007.  Defendant Heumann, as well Defendant Geerdes, executed the form and it was forwarded to counsel for plaintiff.  On or about August 17, 2007, counsel for plaintiff requested the insertion of a footnote on the satisfaction of judgment stating: "This is not a release of claims in the action entitled *Infant Swimming Research v. Faegre & Benson, et al.*, Case No. 07-cv839."  Defendant Heumann's counsel responded that such added language was not acceptable.  The document as amended was not signed and the instant motion followed.  For the reasons set forth below, the motion is denied.

There is no rule in the Federal Rules of Civil Procedure, or in the Local Rules of this Court, which provides for the filing of a satisfaction of judgment.  *Cf.* Rule 58(b), Colo. R. Civ. P.  Although Rule 60(b)(5) of the Fed R. Civ. P. provides that a court can grant relief from a judgment that "has been satisfied" it does not provide for the entry of a satisfaction of judgment, or an order directing the filing of same.  Here, there is no basis to set aside or vacate the Amended Judgment that was entered on June 11, 2007, particularly since the judgment also relates to the co-defendant Shidler.

There is no dispute here that Defendant Heumann has satisfied that portion of the Amended Judgment of June 11, 2007 that pertains to her.  What the parties here appear to be quibbling over is the effect of her payment as it may pertain to another lawsuit between these parties.  That is a matter which the judge in the other case will have to decide under appropriate circumstances.  The absence of any reference in this case to the effect of the payment by Heumann of the judgment against her should not be taken to have any effect on the decision to be made in the other case.

For these reasons, the Defendant's Motion (Dkt. # 377 is DENIED in its entirety.

DATED: September 18, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge