IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-00731-ZLW-MEH

INFANT SWIMMING RESEARCH, INC., a Florida corporation,

    Plaintiff,

v.

ANN SHIDLER, individually and d/b/a Infant Aquatic Survival,
JUDY HEUMANN, individually and d/b/a Infant Aquatic Survival, and
ALISON GEERDES, individually and d/b/a Infant Aquatic Survival,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 22, 2009.**

    Pending before the Court is Defendant Heumann's Motion for Access to *Ex Parte* Documents [filed July 21, 2009; docket #396].  Counsel for Defendant Heumann represents to the Court that Plaintiff does not object to the relief requested.  Accordingly, the Court **GRANTS** Defendant Huemann's Motion and directs the Clerk of Court to mail copies of the documents located at Dockets #385, 391, 394, and 395 to Defendant Heumann's counsel at the address identified on the docket sheet.  As Plaintiff does not oppose Defendant Heumann's request, Plaintiff is also free to provide copies of these documents to Defendant Heumann.