IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-00731-ZLW-MEH

INFANT SWIMMING RESEARCH, INC., a Florida corporation,

    Plaintiff,

v.

ANN SHIDLER, individually and d/b/a Infant Aquatic Survival,
JUDY HEUMANN, individually and d/b/a Infant Aquatic Survival, and
ALISON GEERDES, individually and d/b/a Infant Aquatic Survival,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 28, 2009.**

    Defendant Shidler's Motion to Continue Subpoena and Grant Relief from Appearance [filed July 23, 2009; docket #400] is **granted in part** and **denied in part**. The Motion is granted to the extent the appearance date is rescheduled from July 24, 2009, to July 31, 2009. The Motion is denied to the extent it seeks a continuance until after August 7, 2009.

    In its Response, Plaintiff requested a Judgment Debtor examination pursuant to Fed. R. Civ. P. 69 as to Defendant Ann Shidler and regarding the Judgment entered in this case on June 11, 2007 [docket #374]. The parties are directed to appear before the Court in person for a Rule 69 Judgment Debtor Examination regarding the above matter on Friday, **July 31, 2009, at 10:00 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Accordingly, Plaintiff's Motion to Issue Arrest Warrant for Defendant Ann Shidler [filed July 28, 2009; docket #404] is **denied without prejudice**.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.