IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-00731-ZLW-MEH

INFANT SWIMMING RESEARCH, INC., a Florida corporation,

      Plaintiff,

v.

ANN SHIDLER, individually and d/b/a Infant Aquatic Survival,
JUDY HEUMANN, individually and d/b/a Infant Aquatic Survival, and
ALISON GEERDES, individually and d/b/a Infant Aquatic Survival,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 31, 2009.**

      Garnishee Swim Schools of Colorado, Inc. d/b/a Starfish Swim School, Ltd.'s Amended Motion for Extension of Time Within which to Respond to Writ of Garnishment [filed July 30, 2009; docket #412] is **granted**. Garnishee Swim Schools of Colorado, Inc. d/b/a Starfish Swim School, Ltd. shall respond to the Writ of Garnishment on or before **August 14, 2009**.[1] The Court emphasizes to the parties that absent exceptional cause, the Court will likely decline to grant another extension.

      Plaintiff's Motion for Default and Sanctions for Failure to Respond to Writ of Continuing Garnishment [filed July 30, 2009; docket #409] is **denied without prejudice**.

---

[1] Garnishee requests August 15, 2009, however, August 15 is a Saturday. Thus, the Court sets the deadline at August 14, 2009.