IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-00731-ZLW-MEH

INFANT SWIMMING RESEARCH, INC., a Florida corporation,

    Plaintiff,

v.

ANN SHIDLER, individually and d/b/a Infant Aquatic Survival,
JUDY HEUMANN, individually and d/b/a Infant Aquatic Survival, and
ALISON GEERDES, individually and d/b/a Infant Aquatic Survival,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 18, 2009.**

    In light of the Suggestion of Bankruptcy [filed September 17, 2009; docket #448] (*see also* docket #446 at 1), the pending motion titled "Judgment Debtor's Claim of Exemptions and Seeking Return of Exempt Property" [filed August 18, 2009; docket #424] is **denied without prejudice**. The hearing set for September 30, 2009, at 9:30 a.m. is hereby **converted** to a telephonic status conference to discuss the status of the bankruptcy proceeding. The parties shall conference together and call Chambers at (303) 844-4507 at the designated time.